IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ESTATE OF A.K.W.N. and
TINA MARIE ARZT,

        JUDGMENT IN A CIVIL CASE

    Plaintiffs,

        Case No. 12-cv-871-bbc

v.

WOOD COUNTY DEPARTMENT
OF HUMAN SERVICES, JENNY
DELO, KELLY BRAGG, CRAIG
RASMUSSEN and WISCONSIN
COUNTY MUTUAL INSURANCE
CORP.,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants granting in part their motion for summary judgment with respect to the federal claims of plaintiffs Tina Marie Artz and Estate of A.K.W.N. and remanding case to Wood County Circuit Court.

    s/Peter Oppeneer                               1/16/2014
Peter Oppeneer, Clerk of Court                 Date